LOUISE M. BENNETT, as Administratrix, etc., of JACOB BENNETT, Deceased, Respondent, v. THE TOWN OF KENT, Defendant, Impleaded with the CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES CUTHBERT, Respondent, v. JOSEPH BEDELL and Another, Appellants. — Motion to dismiss appeal denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALEXANDER DAVISON, Plaintiff, v. ROSANNA MACDONALD, Respondent, Impleaded with HERMAN LEVYNE, Appellant, and Others, Defendants.— Motion for stay granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRED FELTMAN, as Administrator, etc., of FRANCES FELTMAN, Deceased, Respondent, v. ALBERT L. KEARNS, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK W. HANSON, Appellant, v. McGRAW HILL COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified:   " Was the plaintiff guilty of contributory negligence as matter of law? "   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of the Petition of CECELIA W. CARROLL to Prove the Last Will and Testament of RAYMOND L. CARROLL, Late of the County of Kings, Deceased.— Motion to extend time to serve case on appeal until May 15, 1925, granted.   Application to file bond *nunc pro tunc* as of March 4, 1925, granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., to Lombardy Street, from Kingsland Avenue to the Bulkhead Line of Newtown Creek, etc.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of ANTHONY MOORS, Appellant, for an Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Respondents.— Motion to amend order granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.   Settle order on notice.

In the Matter of the Application of ALBERT OTTINGER, Attorney-General of the State of New York, Appellant, v. JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, Respondents.— Motion to add case to the May term calendar granted.   Case set for argument on May 15, 1925. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Construction of the Last Will and Testament of SYBILLA M. SEIF, Deceased.— Motion to resettle order granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.   Settle order on notice.

GERTRUDE KNOEPFEL, Respondent, v. ARNOLD KNOEPFEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.